UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HAKEEM WILSON,                )
                              )
        Plaintiff,            )
                              )
v.                            )         CV423-296
                              )
CHATHAM COUNTY                )
DETENTION CENTER, *et al.*,   )
                              )
        Defendants.           )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Reports and Recommendations (R&R), (docs. nos. 9 & 13), to which Plaintiff has not filed an Objection, but has submitted an Amended Complaint, (doc. no. 14). For the reasons explained below, the Reports and Recommendations are **ADOPTED**, as supplemented. See, e.g., 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").

As this Court has recognized, an attempt to supplement a pleading in response to a report and recommendation, "is procedurally improper because Plaintiff did not seek leave of court . . . ." Coast v. Adams, 2023

WL 5208025, at *1 (S.D. Ga. Aug. 14, 2023). Even if the Court construed the submitted pleading as an objection to the Report and Recommendation, "[a]ttempts to amend pleadings through objections to reports and recommendations are improper." Carlton v. Core Civic, 2023 WL 4557736, at *2 (S.D. Ga. July 17, 2023). Thus, since the pleading that Wilson submitted is procedurally improper, the Court might simply disregard it.

Even if the Court considered Wilson's Amended Complaint, it does not address the defects identified by the Magistrate Judge. The Magistrate Judge noted that Wilson's prior Amended Complaint both failed to allege any facts sufficient to state a plausible claim and sought relief that is not available through a § 1983 suit. (See doc. no. 13 at 3-4, 4 n. 1.) Wilson's proffered amendment, again, simply states the date and time of the alleged violation and alleges "false imprionment [sic] violate my rights." (Doc. 14 at 5). Again, the only relief sought is "dismiss the case and file the law suit." (Id.) The absence of any factual allegations

and the improper relief requested would fail to state a claim upon which relief could be granted, even if the pleading were proper.

The Reports and Recommendations are, therefore, **ADOPTED**. (Docs. nos. 9 & 13.) Chatham County Detention Center and Chatham County Sheriff's Office are **DISMISSED** as improper parties. Wilson's Amended Complaint, (doc. no. 12), is **DISMISSED**. Wilson's second Amended Complaint, (doc. no. 14), is procedurally improper and fails to state any claim for relief, as explained above. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA